**In re "AGENT ORANGE" PRODUCT LIABILITY LITIGATION.**

**MDL No. 381.**

United States District Court,
E.D. New York.

March 3, 1983.

PRETRIAL ORDER NO. 46

GEORGE C. PRATT,* Circuit Judge.

On February 11, 1983, Special Master Sol Schreiber submitted to the Court a "recom-

mended order to protect the confidentiality of documents contained within the MAC–V collection of documents". Neither the government nor any party to the litigation has objected to his recommendation, and the order is adopted in full.

SO ORDERED.

* Of the U.S. Court of Appeals for the Second      Circuit sitting by designation.